# Exhibit A



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10805 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEREMIAH WILLIAMSON | Plaintiff's/Petitioner's Attorney/Address<br>JAMES WINDSOR EASON<br>124 GAY AVENUE<br>SAINT LOUIS, MO  63105 | D ROBERTS<br>SPECIAL PROCESS<br>SERVER |
| vs. | | |
| Defendant/Respondent:<br> GENERAL REVENUE CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: **GENERAL REVENUE CORPORATION** | |
|---|---|
| **Alias:** | |
| CSC LAWYERS INC SERVICE<br>COMPANY 221 BOLIVAR STREET<br>JEFFERSON CITY, MO  65101 | **SPECIAL PROCESS SERVER** |



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**July 20, 2018**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

_(Seal)_

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                         Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**1822-CC10805**

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

### IN THE STATE OF MISSOURI
### 22ND JUDICIAL CIRCUIT
### ST. LOUIS CITY, MISSOURI

| | |
|---|---|
| **JEREMIAH WILLIAMSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **GENERAL REVENUE CORPORATION** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Serve Defendant at: | ) |
| CSC-Lawyer's Incorporating Service Company | ) |
| 221 Bolivar Street | ) |
| Jefferson City, Missouri 65101 | ) |

## PETITION

COMES NOW, Plaintiff, and for his Petition states as follows:

## INTRODUCTION

1.      This is an action for statutory damages brought by an individual consumer

for violations of the Fair Debt Collections Practices Act, 15 USC 1692 *et. Seq.*

("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and

unfair practices.

2.      Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

3.      This Court has jurisdiction of the FDCPA claim under 15 USC 1692k (d)

because the illicit collection activity was directed at Plaintiff in St. Louis, Missouri.

## PARTIES

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

4.     Plaintiff is a natural person currently residing in St. Louis, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.  The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

5.     Defendant is a collection agency with its principal place of business in Mason, Ohio.  The principal business purpose of Defendant is the collection of debts in Missouri and Defendant regularly attempts to collect debts alleged to be due another.

6.     Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a (6).

## FACTS

7.     On or about April 9, 2018, Plaintiff received a letter from Defendant attempting to collect a debt allegedly owed to University or Missouri-Kansas City ("UMKC").  **Exhibit 1.**

8.     The letter states that Plaintiff has a balance due of $4,301.78.  The balance due consists of $3,207.59 (Principal), $235.43 (Interest), $856.76 (Collection Cost), and $2.00 (Other Amount).

9.     That Defendant has not incurred collection costs of $856.76.

10.    That said collection, interest and other amounts are illegal and not owed by Plaintiff.

11.    That the principal balance is not owed by Plaintiff because he never attended UMKC the semester these charges were billed to him.

2

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

12.     Upon information and belief, Plaintiff did not sign any agreement that would obligate him to pay any amount other the balanced charged for the services he actually received.

## COUNT I: VIOLATIONS OF THE FDCPA

13.     Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

14.     In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, *15 USC 1692 et. seq.*, including, but not limited to, the following:

a.     Communicating a false impression of the amount of the debt.  15 U.S.C. § 1692e(2).

b.     Attempting to collect an amount Defendant is not entitled to collect.  15 U.S.C. § 1692f(1).

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for:

A.     Judgment that Defendant's conduct violated the FDCPA;

B.     Actual damages;

C.     Release of the alleged debt;

D.     Statutory damages, costs and reasonable attorney's fees pursuant to 15 USC 1692(k); and

E.     For such other relief as the Court may deem just and proper.

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

**THE EASON LAW FIRM, LLC**

s/ James W. Eason

_____

**JAMES W. EASON, #57112**
**124 Gay Avenue, Suite 200**
**St. Louis, Missouri 63105**
**Phone: (314) 932-1066**
**Fax:     (314) 667-3161**
**Email: james.w.eason@gmail.com**

# Exhibit B



## TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CIVIL COURTS BUILDING
ST. LOUIS, MISSOURI 63101

**THOMAS KLOEPPINGER**
CIRCUIT CLERK

FOLEY & LARDNER LLP
500 WOODWARD AVE
SUITE 2700
DETROIT, MI 48226

## BILL FOR CERTIFIED COPIES

CASE NUMBER: 1822-CC10805 (11)

DATE:  08-20-2018    (NON-CERTIFIED copy fee $.30 per page)

Your request for documents has been completed:

☑ 1. Please remit a Money Order/ Law Firm Check in the amount of $3.30
FOR Payable to Circuit Clerk, and mail to Circuit Clerk, City of St. Louis,
and ATTN: CERTIFIED COPIES, Civil Courts Bldg., 10 North Tucker, St.
Louis, MO 63101.  **Be sure to write the case number (s) on your money
order/ check.**

CASHIERS NUMBER:   314-622-4020

Sincerely,

Deputy Clerk
08-20-2018

Report: CZR0026 v18.0

**22ND JUDICIAL CIRCUIT**
**CITY OF ST. LOUIS**
**CIRCUIT COURT DOCKET SHEET**

Date: 20-Aug-2018
Time: 9:38:04AM
Page: 1

| **1822-CC10805** | **JEREMIAH WILLIAMSON V GENERAL REVENUE CORPORATION** | **Security Level: 1 Public** |
|---|---|---|

| **Case Type:** | CC Other Tort | **Case Filing Date:** | 20-Jul-2018 |
|---|---|---|---|
| **Status:** | Pet Filed in Circuit Ct | | |
| **Disposition:** | | **Disposition Date:** | |

| | | Release/Status Change Date | Reason |
|---|---|---|---|
| Judge | **MICHAEL KELLAN MULLEN (39719)** | | |
| Plaintiff | **JEREMIAH WILLIAMSON (@526815)** | | |
| **REPRESENTED BY:** Attorney for Plaintiff | JAMES WINDSOR EASON (57112) | | |
| Defendant | **GENERAL REVENUE CORPORATION (GENREVCOR)** | | |

| **Filing Date** | **Description** |
|---|---|
| 20-Aug-2018 | **Judge/Clerk - Note** |
| | COPIES PREPARED FOR FOLEY AND LARDNER LLP |
| 30-Jul-2018 | **Jury Trial Scheduled** |
| | **Scheduled For:** 28-Jan-2019; 9:00 AM; MICHAEL KELLAN MULLEN; **Setting:** 0; City of St. Louis |
| 24-Jul-2018 | **Corporation Served** |
| | Document ID - 18-SMCC-11672; Served To - GENERAL REVENUE CORPORATION; Server - ; Served Date - 23-JUL-18; Served Time - 14:27:00; Service Type - Special Process Server; Reason Description - Served |
| | **Notice of Service** |
| | Jeremiah Williamson v Convergent-Executed Summons. |
| | **Filed By:** JAMES WINDSOR EASON |
| | **On Behalf Of:** JEREMIAH WILLIAMSON |
| 20-Jul-2018 | **Summons Issued-Circuit** |
| | Document ID: 18-SMCC-11672, for GENERAL REVENUE CORPORATION. |
| | **Service/Attempt Date:** 23-Jul-2018 |
| | **Request Filed** |
| | Williamson v GRC-Request for Special Process Server. |
| | **Filed By:** JAMES WINDSOR EASON |
| | **On Behalf Of:** JEREMIAH WILLIAMSON |
| | **Request Filed** |
| | Williamson v GRC-Request for Special Process Server |
| | **Filed By:** JAMES WINDSOR EASON |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** JAMES WINDSOR EASON |
| | **Pet Filed in Circuit Ct** |
| | Jeremiah Williamson v GRC-Petition, Letter from General Revenue re 4,30178 UMKC debt- Exhibit 1. |
| | **Filed By:** JAMES WINDSOR EASON |
| | **On Behalf Of:** JEREMIAH WILLIAMSON |
| | **Judge Assigned** |

Electronically Filed - City of St. Louis - July 24, 2018 - 03:42 PM



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10805 |
| Plaintiff/Petitioner:<br>JEREMIAH WILLIAMSON | Plaintiffs's/Petitioner's Attorney/Address<br>JAMES WINDSOR EASON<br>124 GAY AVENUE<br>SAINT LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>GENERAL REVENUE CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Tort | |

D ROBERTS
SPECIAL PROCESS
SERVER

(Date File Stamp)

### Summons in Civil Case

The State of Missouri to:  **GENERAL REVENUE CORPORATION**
                                      **Alias:**

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*
CIRCUIT COURT OF MISSOURI
*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**July 20, 2018**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: CSC–LAWYERS INC. SERVICE CO.
LAUREN SHIPLEY (name) designee (title).

☐ other:

Served at  221 BOLIVAR ST., JEFFERSON CITY, MO 65701 (address)
in  COLE (County/City of St. Louis), MO, on  07/23/18 (date) at  2:27 pm (time).

DAVID M. ROBERTS                                    _(signature)_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on  7-23-18 (date).

*(Seal)*

My commission expires:  12-4-20                      _Patricia J. Roberts_
                                      Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10805 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JEREMIAH WILLIAMSON | Plaintiff's/Petitioner's Attorney/Address<br>JAMES WINDSOR EASON<br>124 GAY AVENUE<br>SAINT LOUIS, MO  63105 | D ROBERTS<br>SPECIAL PROCESS<br>SERVER |
| vs. | | |
| Defendant/Respondent:<br>GENERAL REVENUE CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  **GENERAL REVENUE CORPORATION**
           **Alias:**

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

| **SPECIAL PROCESS SERVER** |
|---|



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**July 20, 2018**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
               Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - July 20, 2018 - 02:46 PM

**In the**
# CIRCUIT COURT
**City of St. Louis, Missouri**



Jeremiah Williamson
_____
Plaintiff/Petitioner

vs.

General Revenue Corporation
_____
Defendant/Respondent

┌                    ┐
         For File Stamp Only
└                    ┘

07/20/2018
_____
Date

1822-CC10805
_____
Case number

_____
Division

## <u>REQUEST FOR APPOINTMENT OF PROCESS SERVER</u>

Comes now  Plaintiff                                    , pursuant
            Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

David Roberts of DMR Investigations        620-B E High St., Jefferson City, MO        573-6347200
_____        _____        _____
Name of Process Server                Address                        Telephone

_____        _____        _____
Name of Process Server                Address                        Telephone

_____        _____        _____
Name of Process Server                Address                        Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                        SERVE:
CSC- Lawyers Incorporating Service Company        _____
_____                        Name
Name
221 Bolivar Street                                _____
_____                        Address
Address
Jefferson City, MO 65101                        _____
_____                        City/State/Zip
City/State/Zip

SERVE:                                        SERVE:
_____                        _____
Name                                        Name

_____                        _____
Address                                        Address

_____                        _____
City/State/Zip                                City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

By_____
    Deputy Clerk


_____
Date

/s/ James W. Eason
_____
Attorney/Plaintiff/Petitioner
57112
_____
Bar No.
124 Gay Ave., Clayton, MO 63105
_____
Address
314-832-1066
_____
Phone No.

Electronically Filed - City of St. Louis - July 20, 2018 - 02:46 PM

**In the**

# CIRCUIT COURT
## City of St. Louis, Missouri



Jeremiah Williamson
_____
Plaintiff/Petitioner

vs.

General Revenue Corporation
_____
Defendant/Respondent

07/20/2018
_____
Date

1822-CC10805
_____
Case number

_____
Division

┌ For File Stamp Only ┐

└　　　　　　　　　　┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff _____ , pursuant
　　　　　　　　Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of
David Roberts of DMR Investigations　　620-B E High St., Jefferson City, MO　573-6347200
Name of Process Server　　　　　　　Address　　　　　　　　　　　　　　Telephone

_____　_____　_____
Name of Process Server　　　　　　　Address　　　　　　　　　　　　　　Telephone

_____　_____　_____
Name of Process Server　　　　　　　Address　　　　　　　　　　　　　　Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
CSC- Lawyers Incorporating Service Company
_____
Name
221 Bolivar Street
_____
Address
Jefferson City, MO 65101
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By _MICHELLE MCMULLEN_
Deputy Clerk
JULY 20, 2018
_____
Date

/s/ James W. Eason
_____
Attorney/Plaintiff/Petitioner
57112
_____
Bar No.
124 Gay Ave., Clayton, MO 63105
_____
Address
314-932-1066
_____
Phone No.

**1822-CC10805**

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

### IN THE STATE OF MISSOURI
### 22ND JUDICIAL CIRCUIT
### ST. LOUIS CITY, MISSOURI

| | |
|---|---|
| **JEREMIAH WILLIAMSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) Division |
| **GENERAL REVENUE CORPORATION,** | ) |
| | ) |
| Defendant. | |

#### REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW** undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

David Roberts
DMR Investigations, LLC
620 B E. High St.
Jefferson City, MO 65101

Natural persons of lawful age to serve the summons and petition in this cause on the below

named parties. This appointment as special process server does not include the authorization to carry a

concealed weapon in the performance thereof.

**SERVE AT:**
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101

**EASON LAW FIRM, LLC**

/s/ James W. Eason

All Risks to Plaintiff
So Appointed:

Date: _____

JAMES W. EASON, # 57112
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
(314) 932-1066
(314) 667-3161 fax
Email: james.w.eason@gmail.com

By:_____
    **Judge**

**1822-CC10805**

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

IN THE STATE OF MISSOURI
22ND JUDICIAL CIRCUIT
ST. LOUIS CITY, MISSOURI

| | | |
|---|---|---|
| **JEREMIAH WILLIAMSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| **GENERAL REVENUE CORPORATION** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Serve Defendant at: | ) | |
| CSC-Lawyer's Incorporating Service Company | ) | |
| 221 Bolivar Street | ) | |
| Jefferson City, Missouri 65101 | ) | |

## PETITION

COMES NOW, Plaintiff, and for his Petition states as follows:

## INTRODUCTION

1.      This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 USC 1692 *et. Seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2.      Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

3.      This Court has jurisdiction of the FDCPA claim under 15 USC 1692k (d) because the illicit collection activity was directed at Plaintiff in St. Louis, Missouri.

## PARTIES

1

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

4.     Plaintiff is a natural person currently residing in St. Louis, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.  The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

5.     Defendant is a collection agency with its principal place of business in Mason, Ohio.  The principal business purpose of Defendant is the collection of debts in Missouri and Defendant regularly attempts to collect debts alleged to be due another.

6.     Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a (6).

### FACTS

7.     On or about April 9, 2018, Plaintiff received a letter from Defendant attempting to collect a debt allegedly owed to University or Missouri-Kansas City ("UMKC").  **Exhibit 1.**

8.     The letter states that Plaintiff has a balance due of $4,301.78.  The balance due consists of $3,207.59 (Principal), $235.43 (Interest), $856.76 (Collection Cost), and $2.00 (Other Amount).

9.     That Defendant has not incurred collection costs of $856.76.

10.     That said collection, interest and other amounts are illegal and not owed by Plaintiff.

11.     That the principal balance is not owed by Plaintiff because he never attended UMKC the semester these charges were billed to him.

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

12.     Upon information and belief, Plaintiff did not sign any agreement that would obligate him to pay any amount other the balanced charged for the services he actually received.

## COUNT I: VIOLATIONS OF THE FDCPA

13.     Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

14.     In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, *15 USC 1692 et. seq.*, including, but not limited to, the following:

a.     Communicating a false impression of the amount of the debt.  15 U.S.C. § 1692e(2).

b.     Attempting to collect an amount Defendant is not entitled to collect.  15 U.S.C. § 1692f(1).

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for:

A.     Judgment that Defendant's conduct violated the FDCPA;

B.     Actual damages;

C.     Release of the alleged debt;

D.     Statutory damages, costs and reasonable attorney's fees pursuant to 15 USC 1692(k); and

E.     For such other relief as the Court may deem just and proper.

3

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

**THE EASON LAW FIRM, LLC**

s/ James W. Eason

**JAMES W. EASON, #57112**
**124 Gay Avenue, Suite 200**
**St. Louis, Missouri 63105**
**Phone: (314) 932-1066**
**Fax:      (314) 667-3161**
**Email: james.w.eason@gmail.com**

4

**1822-CC10805**

Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

# GENERAL REVENUE
## CORPORATION ®

Street Address: 4660 Duke Dr Suite 300 Mason  OH 45040-8466

APR 09 2018

File Number: ▮▮▮▮▮
Current Amt. Due: $4301.78
Creditor: UNIVERSITY OF MISSOURI-KANSAS CITY

Phone: (855) 547-4504

Hours of Operation - ET
Mon-Thurs 8:00 a.m. - 9:00 p.m.
Friday 8:00 a.m. - 7:00 p.m.
Saturday 8:00 a.m. - 12:00 p.m.
Sunday 1:00 p.m. - 5:00 p.m.

Dear Jeremiah J Williamson:

You have been previously notified that your account has been placed with General Revenue Corporation (GRC) for collection by UNIVERSITY OF MISSOURI-KANSAS CITY. Your current balance of $4301.78 is still outstanding and due in full.

**Don't ignore your obligation to this debt.**

We have attempted to provide you with opportunities to pay off this debt. Unless we hear from you, we will forward your file to UNIVERSITY OF MISSOURI-KANSAS CITY for handling. Call us toll free at (855) 547-4504 to prevent this action.

We have attempted to provide you with opportunities to pay off this debt. We strongly urge you to pay your balance in full at this time. We will work with you if you take action to resolve your account. Call us and let us know you're ready to be free of this debt by paying your balance!

You can make your payments in three easy ways:
- Call us at (855) 547-4504
- Log into www.GeneralRevenue.com
- Mail your payment to:  General Revenue Corporation
  PO Box 495999
  Cincinnati OH 45249-5999

You may still be eligible for a Federal Direct Consolidation Loan through the Department of Education. Call us and let us help you determine if you qualify. When you call, we will navigate the web site for the Department of Education together to help you complete your application.

You can also access the application directly at studentloans.gov. Once you've completed your application online, please give us a call or email us at info@generalrevenue.com to provide your confirmation number and the loan servicer you chose for your loan consolidation. Doing so will reduce future collection calls and letters regarding this defaulted loan(s).

If you choose to email your document(s) please understand that you assume all responsibility for the protection of your personal information while in transit to us and you should consider appropriate email security measures.

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

POH00292

**PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION**
✂ TO ENSURE PROMPT PROCESSING OF YOUR PAYMENT,
PLEASE DETACH AND MAIL THE BOTTOM PORTION OF THIS STATEMENT WITH YOUR PAYMENT ✂



1803 Rocky River Road North
Monroe, NC  28110

◀-------DO NOT SEND PAYMENTS -OR-
CORRESPONDENCE TO THIS ADDRESS!

APR 09 2018

☐ Please check here if there is a new phone # or address change and enter information on reverse side

General Revenue Corporation
PO Box 495999
Cincinnati OH 45249-5999

POH000400
JEREMIAH J WILLIAMSON
3833 DOVER PL
SAINT LOUIS MO 63116

PLEASE SEE REVERSE SIDE
TO PAY BY CREDIT CARD.



Electronically Filed - City of St. Louis - July 20, 2018 - 12:43 PM

As of the date of this letter, the balance shown is owed. Because interest may be required to be paid on the outstanding portion of the balance, as well as late charges and other charges that may vary from day to day, the amount required to pay the balance in full on the day payment is sent may be greater than the amount stated here. If the amount stated here is paid, an adjustment may be necessary after a payment is received. In that event, notification will occur of any adjustment in the balance. Before any payment intended to pay the balance in full happens, please contact us at the address on this letter, or call (855) 547-4504 .

*The amount shown here may consist of penalties, late fees, court costs, or charges incurred or imposed by your creditor.

| ACCOUNT NUMBER | CREDITOR | PRINCIPAL | INTEREST | COLLECTION COST BALANCE | *OTHER AMOUNT | INTEREST RATE |
|---|---|---|---|---|---|---|
| | UNIVERSITY OF MISSOURI-KANSAS C | 3207.59 | 235.43 | 856.76 | 2.00 | 5.000% |

ACCOUNT NUMBER: ██████                              CURRENT AMOUNT DUE:  $4301.78

☐ PAYMENTS ENCLOSED        AMOUNT ENCLOSED $_____      MY NEW ADDRESS IS:

☐ CHARGE MY:__ VISA __ MasterCard DISCOVER                 _____

Card Number:_____ Expires: ____ / ____      _____

Number of Payments:____ Payment Amount(s) $_____ Beginning: ___/___/___      _____

Signature_____      JEREMIAH J WILLIAMSON
                                                          3833 DOVER PL
If multiple payments are authorized, your card will be charged on the same day of      SAINT LOUIS MO 63116
each month starting with the beginning date you specify. If that date is not a
business day, your account will be charge the next business day.

Phone:_____ Email:_____

By providing your telephone number and/or email address, you authorize General Revenue Corporation, its affiliates and agents to contact you at such number or address using any means of communication, including but not limited to, calls placed to your cellular phone using an automated dialing device and/or calls using prerecorded messages, regarding any current or future accounts, debts, or obligations owned or serviced by General Revenue Corporation, its affiliates and agents, even if you will be charged by your service provider(s) for receiving such information.

# Exhibit C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1  U.S. Government
     Plaintiff

❑ 2  U.S. Government
     Defendant

❑ 3  Federal Question
     *(U.S. Government Not a Party)*

❑ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - | of Property 21 USC 881 | ❑ 423 Withdrawal | ❑ 376 Qui Tam (31 USC |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Product Liability | ❑ 690 Other | 28 USC 157 | 3729(a)) |
| ❑ 140 Negotiable Instrument | Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted | Liability | ❑ 368 Asbestos Personal | | ❑ 835 Patent - Abbreviated | ❑ 460 Deportation |
| Student Loans | ❑ 340 Marine | Injury Product | | New Drug Application | ❑ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❑ 345 Marine Product | Liability | | ❑ 840 Trademark | Corrupt Organizations |
| ❑ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | ❑ 371 Truth in Lending | Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ |
| ❑ 190 Other Contract | Product Liability | ❑ 380 Other Personal | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | Exchange |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Property Damage | Relations | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | Injury | ❑ 385 Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| | ❑ 362 Personal Injury - | Product Liability | ❑ 751 Family and Medical | | ❑ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❑ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement | ❑ 870 Taxes (U.S. Plaintiff | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | Income Security Act | or Defendant) | ❑ 899 Administrative Procedure |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | Act/Review or Appeal of |
| ❑ 240 Torts to Land | ❑ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❑ 245 Tort Product Liability | Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other | ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❑ 1  Original
     Proceeding

❑ 2  Removed from
     State Court

❑ 3  Remanded from
     Appellate Court

❑ 4  Reinstated or
     Reopened

❑ 5  Transferred from
     Another District
     *(specify)*

❑ 6  Multidistrict
     Litigation -
     Transfer

❑ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

DEMAND $ monetary damages, amount not specified

CHECK YES only if demanded in complaint:

JURY DEMAND:   ❑ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
|  | ) |  |
| , | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. |
|  | ) |  |
| , | ) |  |
|  | ) |  |
| Defendant, | ) |  |
|  | ) |  |

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

☐　　THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐　　THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐　　NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature of Filing Party